COURT OF CRIMINAL APPEALS
of TEXAS

ALLEN PENA
PETITIONER / plaintiff,

V.

THE State of TEXAS
DefenDant / Respondent,

§ [P.d.R. No.] .pd-1478-13 §.

TR. Ct. No. §; 11-CR-3337-G.

RECEIVED IN
COURT OF CRIMINAL APPEALS [Clerk]
APR 13 2015
Abel Acosta, Clerk

[THE" PETITIONER" IS"- [ALERTING"; SAID"- Court of";
[PROCEDURALLY ] EXHAUSTING ]"-; [GROUNDS]/[Claims]- UNDER"-[Constitutional][LAW]".

[A.]. [CLERK" [PLEASE"- Advise"; SAID"- [Court" ... THAT", THE"-[PETITIONER"-[HAS"-[INFACT"
[SUBMITTED"-[AN"-[EXACT"-[Copy"-[of"-[THE"-[ENCLOSED"'-[LEGAL]action]-[To"...
[THE"; [13TH] Court of APPEALS"" ] ...

[And"-[So"-[THEREFORE"- [ the"-[plaintiff"'-[ASK "- [RESPECTfully"-[for"-[SAID"-
[Court"-[To"-[Contact", the 13TH Court of APPEALS -[So"'-[that"-[An"
[Adequate"-[procedural]assessment ]"-[can"-[Be"-[ Sufficiently"-[executed"-
[And"-[thus"-[SUCH"-[reflects"-[said"-[Court"-[exercising"-[it's"-[manditory"...;
[obligation"-[To"-[Help"-[assist"; the - united states 5TH CIRcuit Court of APPEALS,
[THE united states district Court / corpus Christi DIVISION; And"-[THE"-[Court of
[CRIMINAL] APPEALS] - ...

[EXHAUST"-[THE"-[PETITIONER'S"'- GROUNDS"- iN"-[A"-[PROCEDURAL]-
[MANNER".

[SEE: [& petitioner"S-[APPELLATE"; [5TH] CIRCUIT No. 14-40966 §

[InDealing with A P.d.R"

[SEE: [myERS V. Collins; 919 F.2d 1074, 1076 [5TH CIR.1990§.
[SEE: [ o'Sullivan V. BoERCKEI; 526 U.S. 838, 845 [1999§.
[SEE: [CARtER V. EStelle; 677 F.2d 427; 443 [5TH CIR. 1982§.
[SEE: [CAStille V. PEoples; 489 U.S. 346, 349 [1989].

[EXECUtED on: 4.8.15.

RESPECTfully SUBMittED;

ALLEN PENA
PETITIONER / APPEllant; PRO SE
T.d.C.J. No. 1790277
JAMES V. AllRED unit
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[RETURN SERVICE REQUESTED

1.

[Copy] B. 1.

[P.D.R. No.]: PD-1478-13 ~~[illegible]~~ .]

[Court of Criminal Appeals . ]
of Texas .

Allen Pena
Plaintiff / Petitioner:

V.

The State of Texas
Defendant / Respondent:

[Petitioning] / [Appealing]: [Pena v. State, No.
[13-12-00377-CR, 13th Court of Appeals; Trial Cause No.
[11-CR-3337-6 ]

[Requesting "- A"- [Procedural] Assessment] of"- unconstitutional
[Grounds"-[that"-[ Will"-[adequately"-[govern"-[a"-[motion - to"-
[vacate", [set 'aside, or"-[correct"'-[the"-[sentence ... in' which...
[ will" -[incorporate"-[a"'-[motion"'-[To"-[amend" the"-[petitioner's"
[petition"-[for - [discretionary] review].

[[Order of Authority": [28 U.S.C. § 2255]].

Respectfully submitted
Allen Pena
T.J.C.J. No. 1790277
Petitioner ; Pro se
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

[[Petitioner"'-[requesting": [oral] argument] pursuant"...
To: [Tex. R. App. P. 39.7 ]] .

# Table of Contents

Index of Authorities

Statement Regarding "Oral" Argument ............................ p. iii

Statement of the Case ............................ p. 1

Procedural History ............................ p. 1

Grounds for Review ............................ p. 2

Legal Argument

I. Unassigned Error / no Evidence

II. Ineffective Counsel of "Appeal"

III. illegally obtained Evidence " Confession

IV. Prosecutorial misConduct / With'holding - Evidence

V. ineffective Counsel of ": Trial

VI. prima facie / Actual innocence

VII. insufficient Evidence

VIII. Autrefois Acquit

IX. Prejudicial untruthful " : Testimony

X. Doctrine "- of " Carving " :

XI. Double Jeopardy ............................ p. 3

Conclusion and Prayer ............................ p. 7

Affirmation under oath ............................ p. 7

Certification ............................ p. 7

Certificate of Service ............................ p. 7

Order ............................ p. 8

Appendix ............................ p. 9

[B]

# [Index of": [Authorities]]

[Cases]

Anderson v. Harless, 459 U.S. 4, 6 [1982] ............................................ P.6

Barefoot v. Estelle, 463 U.S. 880, 893; 103 S.Ct. 3383; 77 L.Ed. 2d 1090 [1983] ..... P.6

Castille v. Peoples, 489 U.S. 346, 349 [1989] ........................................ P.6

Coleman v. Thompson, 501 U.S. 722; 735 N.1 [1991] ................................... P.6

Deters v. Collins, 985 F.2d 789, 795 [5th Cir. 1993] ................................ P.4

Donnelly v. De Christforo, 416, U.S. 637; 94 S.Ct. 186; 40 L.Ed. 2d 431 [1974] ...... P.6

Ducan v. Henry; 513 U.S. 364; 365-66; 130 L.Ed. 2d 865 [1995] ....................... P.1

Gardner v. Pogue; 558 F.2d 548 [9th Cir. 1977] ...................................... P.6

Guidry v. Dretke; 397 F.3d 306; 322-23 [5th Cir. 2005] .............................. P.6

Harrington v. Richter, 131 S.Ct. 770, 785 [2011] ................................... P.5

Insyxiengmay v. Morgan; 403 F.3d 657, 670 [9th Cir. 2005] ........................... P.6

Matheney v. Anderson, 253 F.3d 1025, 1039 [7th Cir. 2002] ........................... P.5

Murray v. Carrier, 477 U.S. 478, 485 [1986] ........................................ P.5

O'Sullivan v. Boerckel; 526 U.S. 838; 845 [1999] ................................... P.4

Slack v. McDaniel; 529 U.S. 473, 484; 146 L.Ed. 2d 542 [2000] ...................... P.6

Smith v. Boxersox; 311 F.3d 915, 921 [8th Cir. 2002] ............................... P.6

State of Tex. v. Payton, C.A. 5 [Tex.] 1968, 390 F.2d 261 Habeas Corpus ∞ 311] ...... P.5

Stepp v. Bet, C.A. 5 [Tex.] 1968, 398 F.d. 814. Courts ∞ 495; Prisons ∞ 4 [3] ...... P.6

United States v. Gobert, 139 F.3d 436; 438-39 [5th Cir. 1998] ...................... P.6

Williams v. Taylor; 529 U.S. 362; 412 [2000]; [28 U.S.C. § 2254. [d], [West] 2012] .. P.5 P.6

[State] procedures]:

[Tex. Code. Crim. P. Ann. Art. 44.45] .............................................. P.6

[Federal] statutes]:

[28 U.S.C. § 2254, [d]] ........................................................... P.4

[28 U.S.C. § 2254; [E]] ........................................................... P.6

[28 U.S.C. § 2254, [E], [1]] ...................................................... P.4

[28 U.S.C. § 2254, [E]; [2]] ...................................................... P.4

[28 U.S.C. § 2254; [E]; [2], [B]] ................................................. P.4

[Constitutional] amendments]:

[I.]

[IV.]

[V.]

[XIV.] ............................................................................ P.6

[C.] [[ Statement regaurding [oral] argument ].]

[it "[is" -[infact" -[obviously" -[apparently" -[clear" -[that'" [the" -[defendant" [has" -[infact" -[illegally] -[engaged" -[in" - ;[prosecutorial[misconduct]'" and [such] [resulted" -[into" [multiple" -[illegal] -[omissions"... in' which'" -[taken" -[as" -[a"... [whole'" - ;[prosecutorial] misconduct]'"... so" -[infected'" -[the" -[trial" -[with" ; [unfairness" -[as" -[to" -[simply" ;[deny]'... the'" -[petitioner'" - ;[due]process]'" [and" -[such" -[is" -[obviously" -[logical" -[that' - ;[oral] argument]'"... is" -[infact"... [a" -[de facto]'"... necessity.

[see ;[Donnelly v. De Christ foro, 416 v.s. 637, 94 s.ct. 1868, 40 L.Ed. 2d 431 [1974].

[D.] [[ statement of the case .].]

[said'" -[plaintiff" -[petitions'" -[from'" -[a" ;['10] year]... sentence'" [assessed'" [by" -[a"- ;[jury]... after" -[it" -[wrongfully" -[found', [the" -[petitioner" [guilty]'"... on" - ;[5-15-2012]... for" - ;[evading" -[detention'" -[with" -[a" [vehicle" [and" -[a" -[prior" -[felony" -[offense" -[in" -[the" -[cause No. ;[state of texas [v. Allen pena, No. 11-CR-3337-G ;[in'" -[the'" -[319th -[judicial"' -[district] [court, Nueces county, texas ;[the '" -[honorable ;[thomas F. greenwell ]'"... [presiding'".

[see ;[CR 95, 101, 125 ; RR vol.4, p.242.

[E.] [[ procedural] history ].];

[the'" -[petitioner'" -[was'" -[indicted'" -[subsequently'" -[after'" -[the'" - [acquitted]'" -[offense'" - of'" ;[aggravated] robbery]:

[see ;[RR vol.3, p.19.

[subsequently'" -[indicted'" ;[the'" -[plaintiff'" -[was'" -[charged'" -[with'" -[the'" [offense'" -[of'" ;[evading detention with a '"- [vehicle'" -[and'" -[a'"- ;[prior] '"... [felony] conviction].

[see ;[CR 3].

[said'" -[offense'" -[of" -[evading'" -[was'" -[carved'" -[from'" ;[the'" -[acquitted]'- [charge'" - of'" ;[aggravated] robbery].

[the'" -[plaintiff'" -[was'" -[also'" -[wrongfully'" -[indicted'" -[for'" -[another'"- [adverse] charge]'" ;[carved]... [from'" -[the'" - ;[acquitted]'"-- [charge'"... of'" [aggravated] robbery]'"... and'" -[said'" -[offense'" -[was'" ;[illegal] possession]of'" [a'"-[fire[arm].

[see ;[RR vol.3, p.5, ll. 1-12.

[the'" -[petitioner'" -[ursed'" -[a'"- ;[pro se] ... motion'" -[to'" -[dismiss]'"... [based'" -[on'" ;[double] jeopardy]-[concerns]:
[see ;[RR vol.4, pp. 14-17.

1.

[ [THE" - [plaintiff" - [timely" - [filed" - [A" - [NOtice" - [of" : [APPEAL] - [on" :
[6-5-12].
[SEE: [CR 130.

[F.]          [[ Grounds for REVIEW ].]

[I.]: [UNASSIGNED] [ERROR] / [No] [EVIDENCE].

[II.]: [INEFFECTIVE] [COUNSEl] [of" : [APPEAL].

[III.]: [illegally] [obtained] [EVIDENCE" : [CoNfessioN].

[IV.]: [PROSECUTORIAl] [misConduct] / [With'] [Holding] : [EVIDENCE]"

[V.]: [ineffective] [COUNSEl] [of" : [TRIAl].

[VI.]: [PRimA] [fACiE] / [ACtUAl] innocence].

[VII.]: [iNsufficient] [EViDence].

[VIII.]: [AUtRefois] [ACquit].

[IX.]: [PRejudiciAl] [untruthful"] - : [Testimony].

[X.]: [doctrine of" : [cARving].

[XI.]: [double] [JEOPARdy].

[THE" - [petitioner" - [will" - [ACCENTUATE" - [THESE" - [Grounds" [By" : [Adequate" -
[litigative]" - [strategy]...And" - [thus" - [incorporates" - [the" - [following" - [Refrences:
[SEE: [plaintiff's" - [2254] - [HABEAS] [corpus] - [petition" - [CONCERNING - [civil] CASE No.]
PENA V. STEPHENS.
[said" - [litigative] proceeding] is" - [within" - [the" united states district court. for the
[southern district of TEXAS : CORPUS CHRISti Division ... who" - [Assigned " - [the" - [civil"
[CASE No.] : 2:14-CV-00334 ; AllEN PENA V. William StephENS.

[SEE: [the" - [petitioner's" - [civil] - [CASE [No.] - [HEREiN" - [Refrenced" - [to" - [And" -
[incorporate" - [court " - [docket] ENtry No.] : #7 ; #13 ; #59 ; And" #60.

[SEE: [the" - [plaintiff's - [HABEAS] - [petition] : [EX PARtE PENA . No - : [WR-81, 352-02]
[WR-81, 352-02 . [/And" [note" : [motion for RELiEf from A Judgment ; And or" ORDER.
[SEE: [the" - [plaintiff's - [C.C.A.] - [HABEAS] - [Application" : [EX PARtE PENA ; No.
[WR-81, 352-01.

[SEE: [the" - [petitioner's - [C.C.A.] - [HABEAS] - [petition] : [EX PARtE PENA ; No.

2.

[ WR-81, 352-01 ; /[ motion for"-[ mandating -[ A"-[ procedural]-[ assertiveness"- [ of"-[ unconstitutional grounds"' in' which"- will"-[ adequately"-[ incorporate"-[ A"... [ motion" to" VACATE, SET'ASIDE, OR"-[ CORRECT ;[ the"-[ SENTENCE .

[ SEE ;[ THE"-[ plaintiff's"-[ LOWER]COURT] ;[ APPELLANT'S]BRIEF] ;[ PENA V. STATE ; No. [ 13-12-00377-CR .

[ SEE ;[ THE"'-[ petitioner's"-[ LOWER]COURT]-[ appellate"-[ CAUSE] No.] ;[ PENA V. STATE. [ No. 13-12-00377-CR ; /[ motion for MANDATING"-[ A"-[ procedural"-[ ASSERTIVENESS of" [ unconstitutional"-[ GROUNDS"'-[ in' WHICH"'- will"-[ adequately"-[ incorporate"-[ A"-[ motion"- [ to"'-[ VACATE" ;[ SET'ASIDE ; or"-[ CORRECT"'-[ the"-[ SENTENCE .

[ SEE ;[ THE"'-[ plaintiff's"'-[ C.C.A]-[ HABEAS] PETITION] ;[ EX PARTE PENA ; No. WR-81, [ 352-03 .

[ SEE ;[ THE"-[ petitioner's"'-[ C.C.A.]No.] ;[ EX PARTE PENA , No. WR-81, 352-03 ; /[ [ that"- will"-[ adequately -[ GOVERN"-[ A"-[ motion"-[ to"-[ VACATE ; SET' ASIDE , or"- [ CORRECT"'-[ the"-[ SENTENCE , in' WHICH"- will"-[ incorporate"-[ A"-[ motion"'-[ to". AMEND.

[ SEE ;[ said"'-[ plaintiff's"-[ civil]- CASE No.]- REFRENCED"-[ to"-[ HEREIN"-[ in"-[ said] [ said"-[ LEGAL] ACTION]...and"-[ incorporate" ;[ DOCKET] ENTRy] ; # 64 and # 65 .

[ SEE ;[ said"'-[ plaintiff's"'-[ civil]- CASE No.]-[ REFRENCED"'-[ to"-[ HEREIN" -[ in"- [ said"-[ LEGAL] ACTION]... and"-[ incorporate ;[ motion for RELIEF from A ORDER and or ... [ JUDGMENT , in' WHICH"- [ will"-[ adequately"'-[ incorporate"'-[ AN "-[ objection"-[ to"- the"- [ MAGISTRATE'S" ;[ findings and" RECOMENDATION / REPORT .

[ &] ;

[ [ LEGAL] ARGUMENT ]. ]

[ THE"'-[ PETITIONER"-[ By"-[ adequate"-[ litigative] STRATEGY]... will"-[ adequately"- [ incorporate"'-[ By"-[ litisative"]REFRENCE]/[ REFRENCES"'-[ to"-[ ACCENTUATE "-[ A"'[ sufficient" [ defense] STRATEGY] ;

[ SEE ;[ said"-[ petitioner's"-[ GROUNDS for"-[ REVIEW"-[ ACCENTUATED"'-[ HEREIN"-[ in"; [ said"'-[ LEGAL]ACTION] .

[ SEE ;[ said"'[ petitioner's"'-[ GROUNDS for"-[ REVIEW"-[ ACCENTUATED"-[ HEREIN"-[ in"; [ said"-[ LEGAL] ACTION]... and"'-[ incorporate"'-[ all"-[ of"-[ REFRENCES ; the"'-[ plaintiff"- [ incorporated"'-[ for"-[ said"-[ COURT'S "'-[ REVIEW"'/[ PROCEDURAL] ASSESSMENT ].

[ THE"'-[ plaintiff"'-[ DEMONSTRATIVELY"'-[ ACCENTUATES "-[ that"'-[ the"'-[ ILLEGAL" ; [ omissions]"...the"'[ PETITIONER"-[ is"-[ ACCENTUATING"-[ within"-[ said"-[ petition"'-[ LOGICALLY"- [ REFLECTS"-[ the"'-[ MERE"-[ APPARENT"-[ fact"'[ that"'-[ the"-[ PETITIONER"/[ plaintiff"-[ is"- [ infact" ;[ illegally] RESTRAINED]"... in"'-[ PRISON] CUSTODY]"-[ and"-[ thus"-[ MERELY"- [ CONSTITUTES"'-[ that"-[ THEREFORE"'-[ By"'-[ A"-[ PREPONDERANCE"'-[ of"-[ SUCH"- ;[ litisative[- [ fact] EVIDENCE]"... of"-[ SUCH"- ;[ illegal]-[ UNCONSTITUTIONAL]"-[ litisative"-[ omissions"...

3.

"that"- "are -"infact"-"now"- very"-"clear"...

"and"- "thus"-"reflects"-"that"- "in' light]"- "of"-"such"- [litigative]-
"facts"-"there"-"is"-"infact"-"clearly"-"a"-"prohibited"-"violation"-"of"
[constitutional[law]"

"and"- "thus"- would"- "merely"-"obviously"-"reflect"-"the"-"apparent"-"fact"-...
"that"-"the"-[plaintiff"-"was"-"infact"-[deprived]"- "of"-[constitutional[rights]/
[substantial[rights"-"and"- "thus"-"reflects"-"that"-"absolutely"- [no]"- "rational"-...
"reasonable"- [juror]/[fact[finder]"-"could"-"have"-"possibly"-"found"-"the"-[plaintiff"
[errors]"- "were"-"infact"-"adequately"-"accentuated"-"by"-[adequate[counsel]"

[see ; [28 u.s.c.§ 2254 ;[E],[2 ;[B.1.
[see ; [28 u.s.c.§ 2254 ,[d].
[see ; [ Coleman v. Thompson ; 501 u.s. 722 ; 735. N.1 [1991].

[such"-[illegal[omissions]- are"-[infact"-[obviously"-[reflecting"- ;[abuse]-
"of"-"the"-[court's"- [discretion]"-[in' which"-"is"-"actually"-[out']inning]"-"that"-
[factual]"- at"-[all"-

"and"- "thus"-"the"-[petitioner"-[meets"-"the"-[burden"-"of"-[rebutting"-[the"
[see ;[28 u.s.c.§ 2254 ;[E],[1].

[obviously"-[such"-[governs"-[such"-[unconstitutional] ;[illegal[omissions]/
[plain[errors]"- To"-[be"-[attributable"-[to"-[bypassing"-[the" ;[ AEDPA , the "-
"and"-[such"-[is" ;[merely"-[because"-[such"-[illegal]-[unconstitutional[claims]-
[injury]"- To"-[the"-[plaintiff's" ;[substantial[rights]"

"and"- "thus"-[is"-[reflecting"-[an" ;[injury]"- To"-[be"-[wrongfully"-
"that"-[a"-[failure"-[to "-[redress [remedie"- these"- ;[governmental]-
[issues]/[claims]"- is"-[resulting"-[into"-[a"-[fundamental]-[miscarriage"-[of"
[justice]
[see ;[28 u.s.c.§ 2254 ;[E],[2].
[see ;[Murray v. Carrier ; 477 u.s. 478 ; 485 [1986].

[the"-[illegal[omissions]"-[are"-[infact"-[unconstitutional"-[not"[omissions"-
[on"-[behalf"-[of"-[the"-[petitioner"-[and"-[thus"- ;[28 u.s.c.§ 2254 ;[E],[2]-
[does"-[not"-[actually"-[effect"-[the "-[plaintiff"-[on"-[these"-[actual"-[genuine"

4.

[UNCONSTITUTIONAI][CLAIMS]-[CONSISTING"][of"- :[fundamentaI][unfairness]"...
[and"-[SUCH"-[is"-[BASICly"-[BECAUSE"-[SUCH"-[ACtually"-[CAUSES"-[fair']-
[minded"-[disAgreement"-[and"-[tHUS"-[obViously"-[REflects"-[the"-[only"...
[question"...tHAt"-[TRUEly"-[mAtters :
                    [fundAmentaI]:[unfAirness]"

[SEE:][28 U.S.C. § 2254,[d]. Id.

[SEE:][ iNSyXiENGmy V. MORGAN, 4o3 F.3d 657; 67o [9tH CiR.2oo5]:

[SEE:][28 U.S.C. § 2254;[E],[2].  Id.

[SEE:][UNited STATES V. GoBERt, 139 F.3d 436; 438-39 [5tH CiR.1998]:

[SEE:][GuidRy V. DREtKE, 397 F.3d 3o6, 322-23 [5tH CiR.2oo5]:

[SEE:][mAtHENEy V. ANdERSoN, 253 F.3d lo25, lo39 [7tH CiR.2oo2]:

[SEE:][Smith V. BoWERSox, 311 F.3d 915; 921 [8tH CiR.2oo2]:

[RAmUNNo V. uNited STATES, 264 F.3d 723;725 [7tH CiR.2oo1]:


[2.]; [it"-[is"-[ApPARENtly"-[obVious"-[the"-[petitioneR"-[only"-[NEEds"-[to"-[sHoW"
[the"-[petition"-[CoNtAiNS"-[the"-[issues"[the"-[plAintiff"-[HAS"-[iNfAct"-[AccENtuAted"...
[BeloW"-[to"-[mAke"[A"-[SubstAntiaI"-[sHoWiNG"-[of"- :[fuNdAmentAI]uNfAirness]"-
            [and"-[tHUS"-[the"-[plAintiff"-[stAte's"-[AlSo"-[the"-[RECoRd"-[of"-[the"-[CouRt"-
[CouRt"-[Will"-[REflect"-[AlSo"-[the"-[folloWiNG"-[To"-[be"-[GENViNELy]TRUE]:
[A.]; [ACtuAl][fAct"-[fiNdERS"-[CAN"-[fiNd"-[tHESE"- :[illeGAI]omissions]"-[ActuAlly"- :
[dEBATEAblE].
    [B.]; [A"-[diffERENt"-[REVieW"-[CouRt"-[Could"-[iNfAct"-[RESolve"-[tHiS"-[pARticulAR"-
[CASE"... iN"-[A"-[diffERENt"-[mANNER.
    [C.]; [SAid"-[petition"-[is"-[iNfAct"-[AdEquAte]"-[to"-[dESERVE"-[ENCouRAGEmENt"-[To"-
[pRoCEED"-[iN"-[fuRtHER"-[litiGAtive] pRoCEEdiNGS.]:
    [D.]; [tHE"-[fACt"-[fiNdiNG"-[pRoCEduRE"-[EmployEd"-[By"-[the"-[stAte"-[CouRt"-[WAS"-
[Not"-[AdEquAte"-[to"-[AffoRd"-[A"[full"...ANd"-[fAir" :[litiGAtive] pRoCEEdiNG].
    [E.]; [SuCH"-[ColoRABle][clAims]...ARE"-[iNfAct"... [clAims"-[REflectiNG"- [to"-[bE"-
[UNCoNstitutioNAI]-[illeGAI]omissioNS]"-[ANd"-[tHuS"-[REflects"- :[Good][CAuSE]...To"-[tHE"-
[litiGAtive][fAct]"-[thAt"-[WHEN"-[the"-[GRouNds"-[ARE"-[fully"-[dEVEloped"-[SuCH"-[ would"...
[iNfAct][CoNstitutE" :[RElief]"- ...
            [ANd"-[So"-[tHEREfoRE" foR"-[SAid"-[CouRt"[ Not"-[to" :[GRANt]"...[SAid"-[petitioN"
[Would"-[iNfAct"-[BE"-[AN" :[uNCoNstitutioNAI][ERRoR]/[uNREASoNABle]-[pRoCEduRAl][ruliNG]"...
[ANd"-[SuCH"-[is"-[BASICly"-[BECAuSE"-[SuCH"-[illeGAI]omissioNs]-[ARE"-[iNfAct"[CoNtRARy"
[to" :[CoNstitutioNAI][lAW]"...
        [ANd"-[tHuS"-[tHE"-[REVieW][CouRts]"- :[ABuSE]"...it's"-[diSCREtioN"-[iN"[ApplyiNG"-
[uNREASoNABle"-[ApplicAtioN"-[of" :[fEdERAI][lAW]"...

"and"-"such"-"resulted"-"from"-"the"-"review[courts]"-"rendering"-"an".
"unreasonable"-"determination"-"of"-"the"-"facts"-"in']light']_of"-"the"-
"record"-"before"-"the"-[state"-"court"...

"because"-"said"-"record"-"of"-"the"-"court"-"was"-"infact"-;"illegally]"-
"coerced"-"and"-"deprived"-"of"-;"genuine]"-"material]facts]";
"see;"slack v. mcdaniel, 529 u.s. 473, 484; 146 l.ed. 2d 542 [2000].

[3.] "said"-"court/courts"-"share"-"a"-"responsibility"-"in"-"helping"-"the"-"federal"
"district"-"court"-"procedurally"-"exhaust"-"the"-"petitioner's"-;"claims]/grounds]"...
"and"-"thus"-"said"-"court]/courts]"-"must"-"correct"-"the"-"deprivation"-"of"- ;
"federal]rights]"...

"see;"tex.code.crim.p.ann. art. 44.45.
"see;"deters v. collins, 985 f.2d 789, 795 [5th cir.1993].
"see;" o'sullivan v. boerckel; 526 u.s. 838, 845 [1999];
"see;"castille v. peoples, 489 u.s. 346, 349 [1989].
"see;"anderson v. hariess, 459 u.s. 4, 6 [1982].
"see;" state of tex. v. payton; C.A.5 [tex.] 1968; 390 F.2d 261 habeas corpus on 311.
"see;" stepp v. bet, C.A.5 [tex.]1968, 398 F.d. 814. courts on 495; prisons on 4 [3].
"see;"ducan v. henry; 513 u.s. 364; 365-66, 130 l.ed. 2d 865 [1995].
"see;" 28 u.s.c. §2254;[E];[2],[B]. Id.
"see;"gardner v. pogue, 558 f.2d 548 [9th cir. 1977].
"see;"barefoot v. estelle, 463 u.s. 880, 893; 103 s.ct. 3383, 77 l.ed 2d 1090[1983].
"see;" 28 u.s.c. §2254,[E].
"see;"harrington v. richter, 131 s.ct. 770; 785 [2011].
"see;" williams v. taylor, 529 u.s. 362, 412 [2000];[28 u.s.c. §2254;[d]. [west][2012]

"and"-"thus"-"in"-"violation"-"of"-"the"-;[1st, 5th, 6th, and" 14th...
[constitutional]amendments]_ the"]petitioner"-"infact"-"accentuates"-"relevant"-
[constitutional]provisions]"-[of"-"the"-"basis"]from"-"which", "the"-"plaintiff's"...
[grounds"-"are"-"relying"-"upon"-"and"-"such"]reflects"-"the"-"petitioner"-"is"-
"infact"-"presenting"]these"-"claims"-"correctly"-"through"-"the"-"enitire"-"state"...
;[procedural]process]...

"and"-"such"-"is"-"logical"-"that", "the"-[plaintiff"-"is"-"infact"-"alerting";
"said" court/[appellate]courts]-[to"-"the"-"fact"[that", "the"-"petitioner"-"is"-
"infact"-"asserting"-"the"-"foregoing"-"claims"]under"-;[constitutional]law].
"also"-"incorporating";

"see;"[appendix]A].

[H.]: [[CONCLUSION AND PRAYER .]. ]:

[THE"-[plaintiff"-[only"-[simply"-[request"-[and"-[prayers"-[for";[said"-[court"-[to";[grant"]... the"-[petitioner"- ;[relief ]"... that"-[the"-[courts"-[find";[equitable]"... [for"-[the";[illegal]omissions]"-[that"-[are"-[infact"-[on"-[the"-[face"-[of"-[the"-[record"-[of"-[the"-[court"...

[in'-[which"-[such"-[reflects"-[to"-[be"-[wrongfully"-[oppressing";[the"-[petitioner's";[substantial]rights]"... and"-[thus"-[constitutes"-[an";[injury]"... to"-[the"-[united]states [constitution".

Respectfully submitted:

*[signature]*
Allen Pena
T.[]D.C.J. No. 1790277
Petitioner; PRO SE
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

[28 U.S.C. §1746]executed on: 4.8.15.

[I.]: [[Affirmation under oath ].]:

[ I"-[hereby"-[acknowledge"-[under'-[penalty"-[of";[perjury]"... for"-[all"-[of"-[the"-[foregoing"-[to"-[be";[true]... and"-[correct]. ;

Respectfully submitted:

*[signature]*
Allen Pena
T.D.C.J. No. 1790277
Petitioner; PRO SE
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

[28 U.S.C. §1746]executed on: 4.8.15 .

[J.]: [[Certification ].]:

[in"-[compliance"-[with"-[texas"-[appellate"-[rules"; and"-[procedure ;[73.3]...
[ I"-[hereby"-[certify"-[that"-[the"-[number"-[of"-[words"-[in"-[this"-[legal]action]-is;
[893 ].

Respectfully submitted:

*[signature]*
Allen Pena
T.D.C.J. No. 1790277
Petitioner; PRO SE
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

[28 U.S.C. §1746]executed on: 4.8.15.

[K.]: [[Certificate of service .]. ]:

[ I"-[hereby"-[certify"-[that"-[a"-[copy"-[of"-[the"-[foregoing"-[legal]-[action"-[was"-[infact"-[mailed"-[to"-[the"-[opposing"-[party"-[on"-[the"-[executed"

7.

[date" - [below" - [and" - [such" - [was" - [infact" - [mailed" - [pre]paid] - [first" -]class
.: [postage" - [via] - [u.s.certified" - [mail.

[28 u.s.c. §1746] [executed on: 4.8.15.

RESPECTfully submitted:

Allen Pena
T.J.C.J. No. 1790277
Petitioner; pro se
James V. Allred unit.
2101 FM 369 N.
Iowa Park; Texas 76367

[h.]:

Allen Pena
Plaintiff / petitioner:

v.

The state of Texas
Defendant / Respondent:

[court of criminal appeals]. ]:

[P.D.R. No.]: 1478-13 ]:

[order]:

[after" - [acknowledging" - [and" [finding" - [a" - [conclusion" - of" - :[multiple"-
[illegal] [prohibited" - [violations" - [to" - [the" - [united - [states - [constitution" - [and" - [to"...
[is" - [to" - [order" [said" - [petitioner's" - [prayer":

[granted _____.

[said" - [court" - [orders" [said" - [plaintiff's :[acquittal]:

[granted _____.

[said" - [court" - [orders" said" - [petitioner" - [to" - [be" [remanded" - [back" - [to" - [trial]-
[court] / [appellate] court]... for" - [further" - [litigative] proceedings]"... and" - [thus"...
[said" - [legal] action] is":

[granted _____.

X
[honorable] judge presiding.
X
[honorable] judge presiding.
X
[honorable] judge presiding.
X
[honorable] judge presiding.

EXECUTED ON.

8.

[M.] [[Appendix] A]. []

[By" -[Adequate" -[litigative] strategy]", the" -[plaintiff" -[will" -[incorporate" [by" -[refrence]":

[See: [pena v. state, No. 13-12-00377-CR [appellant's] - [appellate] brief].

[See: [pena v. state, No. 13-12-00377-CR [memorandum] opion], by" [justice" [Dori Contreras Garza : [affirmed] - [Aug. 8, 2013].

9.